FILED

SEP 24 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | 1:25MJ08008 |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, Section 641 |
| RONDA THORPE, | ) | |
| Defendant. | ) | |

MAG. JUDGE GREENBERG

COUNTS 1-2
(Theft of Government Funds, 18 U.S.C. § 641)

The United States Attorney charges:

1. On or about each of the dates set forth below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RONDA THORPE, in a continuing course of conduct, knowingly and willfully embezzled, stole, purloined, and converted to her own use money of the United States or any department or agency thereof, to wit: Paycheck Protection Program (PPP) benefits obtained by fraud from the Small Business Administration, each taking constituting a separate count of this Information:

| Count | Approximate Date(s) | Description of Taking |
|---|---|---|
| 1 | April 30, 2021 | An ACH transfer of approximately $20,833 in PPP loan benefits |
| 2 | June 16, 2021 | An ACH transfer of approximately $20,833 in PPP loan benefits |

all in violation of Title 18, United States Code, Section 641.

                                              DAVID M. TOEPFER
                                              United States Attorney

By:   */s/ Vasile C. Katsaros*
        Vasile C. Katsaros
        Chief, General Crimes Unit